82,696-01

July 10, 2015

Court Of Criminal Appeals

Abel Acasta, Clerk

P.O. Box 12308

Capatal Station

Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 16 2015

Abel Acosta, Clerk

RE: Trial Court No. W10-34786-S(A), WR-82,696-01

Dear Clerk,

I'm writing to inquire about the status of my writ of habeas corpus in the above styled and numbered cause. On January 12,2015, the 282 District Court of Dallas County, Texas transfered its "Findings Of Fact And Conclusion Of Law to this court. On February 4, this court (Court Of Criminal Appeals) issued an order for the 282nd District Court to send a supplemental transcript containing all affidavits and interrogatories to the transcription of the court reporter's noted from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law to this court within 120 days.

As of this day, July 10, 2015, approximately 146 days has past and I have not received any response from the trial court regarding the Court order. If you have received any information from the trial court regarding a supplemental transcript would you please send me a copy so that I may respond to the record. However, if the trial court has not responded as ordered by the Court, would you please send a letter reminding the trial court of is obligation to comply with the Court's Order. Your assistance in this matter is highly appreciated. Thank you for your time and cooperation.

Respectfully submitted:

Arturo Mendrano No. 1894196

## Certificate Of Service

I, Arturo Medrano, TDCJ-ID No. 1894196, Applicant, Pro se, do hereby certify that a true and correct copy of this foregoing letter has been sent to the Assistant District Attorney, Shara D. Saget, 133 N. Riverfront Blvd,, LB-19, Frank Crowley Courts Bldg, Dallas, Texas 75207-4399. Executed on this 10th day of July, 2015.

Signed : *Arturo Medrano*

Arturo Medrano No. 1894196

Coffield Unit

2661 F.M.2054

Tennessee Colony, Texas 75384